United States Court of Appeals
Fifth Circuit

**F I L E D**

December 11, 2006

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 06-60129
_____

FIDELITY & GUARANTY INSURANCE
UNDERWRITERS, INC.,

                    Plaintiff - Counter Defendant - Appellee,

                    versus

JANICE SULLIVAN,

                    Defendant - Counter Claimant - Appellant.

_____

Appeal from the United States District Court
for the Northern District of Mississippi, Aberdeen
USDC No. 1:04-CV-115
_____

Before JOLLY, HIGGINBOTHAM, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    AFFIRMED.  See 5TH CIR. R. 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.